**Order entered June 30, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00290-CV

## IN THE MATTER OF THE MARRIAGE OF
## KECHIA KYLES DAY AND THOMAS DAY

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-72959**

## ORDER

Before the Court is appellant's June 28, 2021 motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **July 28, 2021**.

/s/    CRAIG SMITH
        JUSTICE